FILED

Sep 04 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/AI          DEPUTY

ORDERED UNSEALED on 09/17/2025    s/ BreanneC

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOSE MONTES (1),<br>███████████████████<br>███████████████████<br>███████████████████<br>███████████████████<br>███████████████████<br>                    Defendants. | Case No. ___'25 CR3467 DMS___<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Controlled Substances; Title 18, U.S.C., Secs. 922(a)(1)(A), 923(a), and 924(a)(1)(D) - Engaging in the Business of Dealing Firearms Without a License; Title 21, U.S.C., Sec. 841(a)(1) - Distribution of Fentanyl, Cocaine, and Methamphetamine; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |

The grand jury charges:

Count 1
Conspiracy to Distribute Controlled Substances
[21 U.S.C. §§ 841(a)(1) and 846]

Beginning no later than March 29, 2023 and continuing until at least February 18, 2025, within the Southern District of California and elsewhere, defendants JOSE MONTES, ████████████████████ ████████████████████████████████████████ did knowingly and intentionally conspire with each

JSST:nlv(cms):San Diego:9/4/25

other and with other persons known and unknown to the grand jury to distribute 50 grams and more of methamphetamine (actual) and 40 grams and more of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), both Schedule II Controlled Substances; all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## Count 2
### Engaging in the Business of
### Dealing Firearms Without a License
[18 U.S.C. §§ 922(a)(1)(A), 923(a), 924(a)(1)(D), and 2]

Beginning no later than April 5, 2023 and continuing until at least December 7, 2023, within the Southern District of California, defendants JOSE MONTES ███████████████████ not being licensed as importers, manufacturers, and dealers of firearms, willfully engaged in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D), and 2.

## Count 3
### Engaging in the Business of
### Dealing Firearms Without a License
[18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)]

Beginning no later than September 20, 2023 and continuing until at least December 7, 2023, within the Southern District of California, defendant ███████████████████ not being licensed as an importer, manufacturer, and dealer of firearms, willfully engaged in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

//
//
//
//

2

Count 4
Distribution of Fentanyl
[21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2]

On or about March 29, 2023, within the Southern District of California, defendants JOSE MONTES ████████████, did knowingly and intentionally distribute 40 grams and more, to wit: approximately 62.8 grams of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Count 5

Distribution of Methamphetamine
[21 U.S.C. § 841(a)(1)]

On or about April 5, 2023, within the Southern District of California, defendant JOSE MONTES, did knowingly and intentionally distribute 50 grams and more of methamphetamine, to wit: approximately 422 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 6

Distribution of Fentanyl
[21 U.S.C. § 841(a)(1)]

On or about April 5, 2023, within the Southern District of California, defendant JOSE MONTES, did knowingly and intentionally distribute 40 grams and more, to wit: approximately 112.6 grams of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 7
### Distribution of Methamphetamine
### [21 U.S.C. § 841(a)(1)]

On or about May 19, 2023, within the Southern District of California, defendant JOSE MONTES, did knowingly and intentionally distribute 50 grams and more of methamphetamine, to wit: approximately 432 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 8
### Distribution of Fentanyl
### [21 U.S.C. § 841(a)(1)]

On or about August 10, 2023, within the Southern District of California, defendant ███████████, did knowingly and intentionally distribute 40 grams and more, to wit: approximately 81.9 grams of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 9
### Distribution of Fentanyl
### [21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2]

On or about August 17, 2023, within the Southern District of California, defendants ███████████████████ did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

//

//

4

### Count 10
### Distribution of Fentanyl
[21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2]

On or about August 24, 2023, within the Southern District of California, defendants JOSE MONTES, ███████████████ did knowingly and intentionally distribute 40 grams and more, to wit: approximately 51 grams of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Count 11
### Distribution of Methamphetamine
[21 U.S.C. § 841(a)(1)]

On or about September 27, 2023, within the Southern District of California, defendant ███████████████ did knowingly and intentionally distribute 50 grams and more of methamphetamine, to wit: approximately 450.1 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### Count 12
### Distribution of Methamphetamine
[21 U.S.C. § 841(a)(1)]

On or about November 21, 2023, within the Southern District of California, defendant ███████████████ did knowingly and intentionally distribute 50 grams and more of methamphetamine, to wit: approximately 410.4 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//

## Count 13
### Distribution of Methamphetamine
[21 U.S.C. § 841(a)(1)]

On or about December 19, 2023, within the Southern District of California, defendant ███████████████████████ did knowingly and intentionally distribute 50 grams and more of methamphetamine, to wit: approximately 423.7 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 14
### Distribution of Methamphetamine
[21 U.S.C. § 841(a)(1)]

On or about July 22, 2024, within the Southern District of California, defendant ███████████████ did knowingly and intentionally distribute 50 grams and more of methamphetamine, to wit: approximately 6.45 kilograms of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 15
### Distribution of Fentanyl
[21 U.S.C. § 841(a)(1)]

On or about January 15, 2025, within the Southern District of California, defendant ████████████████████████████████ did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//

//

Count 16
Distribution of Cocaine
[21 U.S.C. § 841(a)(1)]

On or about February 18, 2025, within the Southern District of California, defendant ███████████████████████ did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

FORFEITURE ALLEGATIONS

1.    The allegations contained in Count 1 and Counts 4 through 16 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.    Upon conviction of one and more of the felony offenses alleged in Count 1 and Counts 4 through 16 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants shall forfeit to the United States all their rights, title and interest in any and all property constituting, and derived from, any proceeds the defendants obtained, directly and indirectly, as the result of the offenses and any and all property used and intended to be used in any manner and part to commit and to facilitate the commission of the violations alleged in Count 1 and Counts 4 through 16 of this Indictment.

3.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a.    cannot be located upon the exercise of due diligence;

7

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

DATED: September 4, 2025.

ADAM GORDON
United States Attorney

By: _____
JILL S. STREGA
EVANGELINE DECH
Assistant U.S. Attorneys

I hereby attest and certify on Sep 05, 2025 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ AI
      Deputy

8