AO 472 (Rev. 06/19) Order of Detention Pending Trial (Modified – MSB 5/19/21)

FILED
SEP 17 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MXL DEPUTY

UNITED STATES DISTRICT COURT
for the
Southern District of California

United States of America
v.
Jose Montes
*Defendant*

Case No. 25cr3467-DMS

**DETENTION ORDER**

**Part I - Eligibility for Detention**

Upon motion of: the Government, in a case involving an **enumerated offense**, 18 U.S.C. § 3142(f)(1); or the Government or Court, in a case involving a **serious flight risk**, 18 U.S.C. § 3142(f)(2)(A); or the Government or Court, in a case involving **serious obstruction risk**, 18 U.S.C. § 3142(f)(2)(B), the Court held a detention hearing and found that detention is warranted. This order sets forth the Court's findings of fact and conclusions of law, as required by 18 U.S.C. § 3142(i), in addition to any other findings made at the hearing.

**Part II – Analysis under Section 3142(g) and Statement of the Reasons for Detention**

After considering the factors set forth in 18 U.S.C. § 3142(g) and the information presented at the detention hearing, the Court concludes that the Defendant must be detained pending trial because it finds:

☒ by clear and convincing evidence that the Defendant is a danger and that no condition or combination of conditions of release would reasonably assure the safety of any other person and the community.

☐ by a preponderance of the evidence that there is a serious risk the Defendant would flee if released pending trial and that no condition or combination of conditions of release would reasonably assure the Defendant's appearance as required.

In addition to any findings made on the record at the hearing, the reasons for detention include the following:

- ☒ Weight of evidence against the defendant is strong, but is the least important factor
- ☐ Subject to lengthy period of incarceration if convicted
- ☒ Prior criminal history or immigration history
- ☐ Participation in criminal activity while on probation, parole, or supervision
- ☒ History of ~~violence or~~ use of weapons
- ☐ History of alcohol or substance abuse
- ☐ Lack of stable employment
- ☐ Lack of stable residence
- ☐ Lack of financially responsible sureties
- ☐ Lack of significant community or family ties in this District or United States
- ☐ Significant family or other ties outside the United States
- ☐ Lack of legal status in the United States
- ☐ Subject to removal or deportation after serving any period of incarceration
- ☐ Prior failure(s) to appear in court as ordered
- ☐ Prior attempt(s) to evade law enforcement
- ☐ Use of alias(es) or false documents

OTHER REASONS OR FURTHER EXPLANATION:

* Currently on state probation for controlled substance conviction

## Part III - Directions Regarding Detention

The defendant is remanded to the custody of the United States Marshal or their designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. This order is entered without prejudice.

Dated: 9/17/25

Hon. Michael S. Berg
United States Magistrate Judge