ADAM GORDON
United States Attorney
JILL S. STREJA
Assistant United States Attorney
New York Bar No.: 4856324
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8401
Email: Jill.Streja@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXIS ULLOA (6),<br><br>Defendant. | Case No.: 25-CR-3467-DMS<br><br>**JOINT MOTION FOR PROTECTIVE ORDER REGARDING DISCOVERY** |

The parties, United States of America, by and through its counsel, and the above-captioned defendant, through his attorney, hereby jointly move, pursuant to Federal Rule of Criminal Procedure 16(d) and General Order No. 514 of the United States District Court for the Southern District of California ("General Order No. 514"), for this Court to enter a Protective Order pertaining to pretrial discovery, and to prevent premature disclosure of evidence to other targets, subjects, and witnesses of ongoing investigations. The parties jointly agree to the following:

1.     Any discoverable documents that were filed under seal shall be unsealed for the limited purpose of allowing the United States to provide them to the defendant and defense counsel in discovery.

2.      All discovery produced by the United States in this case is for use by the defense team solely for investigating, preparing for trial, trial, and any appeals of this matter and for no other purpose. The defense team may not distribute, disseminate, disclose, or exhibit discovery materials to any person who is not a part of the defense team except as further set forth herein. Further, although Defendant is able to review it with counsel, Defendant may not keep copies of any discovery provided to him. The phrase "defense team," as used in this motion, includes the defendant, attorneys of record in the case, as well as attorneys, paralegals, investigators, experts, and assistants employed by the attorneys of record and performing work on behalf of the defendant.

3.      Counsel of record shall sign a copy of the Protective Order, acknowledging its terms and agreeing to comply with them, and ensure that every member of the defense team is advised of the Order and agrees in writing to be bound by its terms.

4.      The defense team shall take all reasonable steps to: (a) maintain the confidentiality of the discovery, and (b) safeguard the discovery produced in this case from disclosure to or review by any third party.

5.      The defense team may share discovery materials with any investigators, consultants or experts retained by the defense in connection with this case, provided that the defense team informs any such individual(s) of the Protective Order and obtains his/her/their written agreement to be bound by its terms.

6.      The defense team may show witnesses discovery materials as necessary to prepare to defend the case, but may not provide copies of the materials to witnesses absent further Order of the Court.

7.      To the extent that any of the discovery materials contain any individual's personal information, within the meaning of Federal Rule of Criminal Procedure 49.1 and/or General Order No. 514, the defense team shall redact any filings referencing or containing said materials in a manner consistent with General Order 514.

25-CR-3467-DMS

8. The defense team shall destroy or return to the United States any and all copies of the discovery within 90 days of the conclusion of the proceedings in the above-referenced case, including any appeal.

9. At the request of the United States, the defense shall return all copies of material inadvertently produced in discovery;

10. To the extent any criminal discovery materials were filed with the Court under seal, the defense shall file a motion to unseal the documents with notice to the United States before any pleadings or exhibits referencing or containing said materials may be publicly filed; and

11. If defense counsel withdraws or is disqualified from participation in this case, the defense team shall return any and all copies of the discovery produced pursuant to the Protective Order to the United States within 10 days.

WHEREFORE, the parties jointly request that the Court enter the proposed Protective Order.

DATED: October 28, 2025                    Respectfully submitted,

ADAM GORDON
United States Attorney

/s/ *Jill S. Streja*
Assistant United States Attorney

/s/ *David R. Silldorf*
Counsel for Defendant Alexis Ulloa

3

25-CR-3467-DMS